# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 20, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

156307(65)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

VICTOR GRAHAM SHIVERS,
      Defendant-Appellant.

SC: 156307
COA: 330574
Wayne CC: 15-003301-FC

_____/

      On order of the Chief Justice, the motion of defendant-appellant to file a reply in excess of the page limitation of MCR 7.305(E) is DENIED. The 50-page reply submitted on October 13, 2017, is rejected. The defendant-appellant shall be allowed to file an amended reply that substantially conforms to the form and page limitation of the court rules on or before November 10, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 20, 2017



Clerk